Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Northern District of Texas**

Case number (if known): _____    Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**    **Redline, Inc.**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**    **3 8 – 4 0 9 9 3 6 8**

**4. Debtor's address**

**Principal place of business**

**1029 Palmer Lane**
Number    Street

**Desoto, TX 75115**
City                    State    ZIP Code

**Dallas**
County

**Mailing address, if different from principal place of business**

Number    Street

City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City                    State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **Redline, Inc.**                                                                                         Case number *(if known)* _____
       Name

| 7. Describe debtor's business | A. *Check one:* |
|---|---|
| | ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ❏ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ❏ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |
| | |
| | B. *Check all that apply:* |
| | ❏ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | ❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** *A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box* | *Check one:* |
| | ❏ Chapter 7 |
| | ❏ Chapter 9 |
| | ☑ Chapter 11. *Check **all** that apply:* |
| |    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| |    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| |    ❏ A plan is being filed with this petition. |
| |    ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| |    ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| |    ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ❏ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ❏ No |
| | ☑ Yes.  District **Northern District of Texas**  When **9/5/2023**  Case number **23-31968-sgj11** |
| |                                                       MM / DD / YYYY |
| |     District _____  When _____ Case number _____ |
| |                                                       MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☑ No |
| | ❏ Yes. Debtor _____   Relationship _____ |
| |       District _____                   When _____ |
| |                                                        MM / DD / YYYY |
| |       Case number, if known _____ |

Debtor **Redline, Inc.** Case number *(if known)* _____
     Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number    Street<br>_____<br>City    State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000         ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million   ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor  **Redline, Inc.**                                                                    Case number *(if known)*
         Name

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **06/04/2024**
            MM/ DD/ YYYY

X  **/s/ Brian Williams**                                         **Brian Williams**
Signature of authorized representative of debtor                   Printed name

Title  **President**

### 18. Signature of attorney

X          **/s/ Robert T DeMarco**                                Date  **06/04/2024**
Signature of attorney for debtor                                        MM/ DD/ YYYY

**Robert T DeMarco**
Printed name

**DeMarco Mitchell, PLLC**
Firm name

**12770 Coit Road, Suite 850**
Number    Street

**Dallas**                                   **TX**         **75251**
City                                         State         ZIP Code

**(972) 991-5591**                           **robert@demarcomitchell.com**
Contact phone                                Email address

**24014543**                                 **TX**
Bar number                                   State

Official Form 201                  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                  page **4**

Fill in this information to identify the case:

Debtor name **Redline, Inc.**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)
- ☐ *Amended Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/04/2024**
MM/ DD/ YYYY

X **/s/ Brian Williams**
Signature of individual signing on behalf of debtor

**Brian Williams**
Printed name

**President**
Position or relationship to debtor

Official Form B202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

August REI, LLC
c/o Ghrist Law Firm PLLC
4016 Gateway Drive, Suite 130
Colleyville, TX 76034

Dallas County
C/O Linebarger, Goggan, et al.
2777 N. Stemmons Freeway Suite 1000
Dallas, TX 75207

Dallas County Tax-Assessor Collector
500 Elm Street
Dallas, TX 75202

FDR, Inc.
c/o Ghrist Law Firm PLLC
4016 Gateway Drive, Suite 130
Colleyville, TX 76034

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Office of the United States Trustee
Earle Cabell Federal Building
1100 Commerce Street Room 976
Dallas, TX 75242

Texas Attorney General's Office
Bankruptcy Collection Division
PO Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public Account
C/O Office of the Attorney General
Bankruptcy-Collections Division
PO Box 12548, MC-008
Austin, TX 78711-2548

United States Attorney
Northern District of Texas
1100 Commerce Street, 3rd Fl.
Dallas, TX 75242-1699

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Redline, Inc.**                                                                 CASE NO

                                                                                                        CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **06/04/2024**          Signature           **/s/ Brian Williams**
                                                                    Brian Williams, President